**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CS/DORFMAN OPERATING CO.,                    No. C 05-4025 MEJ

10              Plaintiff(s),

11       vs.                                       **ORDER CLOSING FILE**

12   LEE DORFMAN,

13              Defendant(s).
                                          /
14

15

16       On January 13, 2006, plaintiff CS/Dorfman Operating Company, Inc. filed a Notice of

17   Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk of Court

18   shall close the file..

19       **IT IS SO ORDERED.**

20
     Dated: January 24, 2006
21                                          _____
                                            MARIA-ELENA JAMES
22                                          United States Magistrate Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CS/DORFMAN OPERATING CO.,                     No. C 05-4025 MEJ

10              Plaintiff(s),

11      vs.                                         **ORDER CLOSING FILE**

12   LEE DORFMAN,

13              Defendant(s).
                                          /

14

15

16      On January 13, 2006, plaintiff CS/Dorfman Operating Company, Inc. filed a Notice of

17   Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk of Court

18   shall close the file..

19      **IT IS SO ORDERED.**

20
     Dated: January 24, 2006
21                                          _____
                                            MARIA-ELENA JAMES
22                                          United States Magistrate Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   CS/DORFMAN OPERATING CO.,                    No. C 05-4025 MEJ

10          Plaintiff(s),

11    vs.                                         **ORDER CLOSING FILE**

12   LEE DORFMAN,

13          Defendant(s).
                                            /
14

15

16        On January 13, 2006, plaintiff CS/Dorfman Operating Company, Inc. filed a Notice of

17   Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk of Court

18   shall close the file..

19        **IT IS SO ORDERED.**

20   Dated: January 24, 2006

21                                              MARIA-ELENA JAMES
                                                United States Magistrate Judge
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9   CS/DORFMAN OPERATING CO.,                    No. C 05-4025 MEJ

10              Plaintiff(s),
                                                 **ORDER CLOSING FILE**
11     vs.

12  LEE DORFMAN,

13              Defendant(s).
                                            /
14
15
16         On January 13, 2006, plaintiff CS/Dorfman Operating Company, Inc. filed a Notice of

17  Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk of Court

18  shall close the file..

19         **IT IS SO ORDERED.**

20
    Dated: January 24, 2006
21                                          MARIA-ELENA JAMES
                                            United States Magistrate Judge
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CS/DORFMAN OPERATING CO.,                    No. C 05-4025 MEJ

10             Plaintiff(s),

11      vs.                                        **ORDER CLOSING FILE**

12   LEE DORFMAN,

13             Defendant(s).
                                        /

14

15

16      On January 13, 2006, plaintiff CS/Dorfman Operating Company, Inc. filed a Notice of

17   Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk of Court

18   shall close the file..

19      **IT IS SO ORDERED.**

20

     Dated: January 24, 2006

21                                               MARIA-ELENA JAMES
                                                 United States Magistrate Judge
22

23

24

25

26

27

28